[This decision has been published in *Ohio Official Reports* at 93 Ohio St.3d 188.]

THE STATE EX REL. NASH, APPELLEE, *v*. INDUSTRIAL COMMISSION OF OHIO ET AL.; NEWELL RUBBERMAID, INC., APPELLANT.

[Cite as *State ex rel. Nash v. Indus. Comm.*, 2001-Ohio-1310.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 01-194—Submitted July 17, 2001—Decided September 19, 2001.)

APPEAL from the Court of Appeals for Franklin County, No. 99AP-1299.

———————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

———————————

*M. Blake Stone, L.P.A.,* and *M. Blake Stone*, for appellee.

*Critchfield, Critchfield & Johnston, Ltd.,* and *Susan E. Baker*, for appellant.

———————————